UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMONEE ROCHESTER
on behalf of himself
or herself and all other
similarly situated consumers

                           Plaintiff,

-against-

KIRSCHENBAUM & PHILLIPS, P.C.

                           Defendant

---

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JUN 05 2018 ★

BROOKLYN OFFICE

NOTICE OF DISCONTINUANCE
Case# 18-cv-1688 KAM-RML

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

It Is Hereby Stipulated and agreed, by counsel on behalf of the Plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs or disbursements to either party.

Dated: Nassau, New York
        June 5, 2018

So Ordered:

/s/ USDJ KIYO A. MATSUMOTO
Dated: June 5, 2018

/S Jacob Silver

**Jacob Silver**
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
(718) 797-4141 – Fax